**2007–1852.   State v. Clay.**

Cuyahoga App. No. 88823, 2007-Ohio-4295. Discretionary appeal accepted and cause consolidated with 2007–1802, *State v. Clay,* Cuyahoga App. No. 88823, 2007-Ohio-4295

CUPP, J., would accept the appeal on Proposition of Law No. I only.

O'DONNELL, J., dissents.